**NOT FOR PUBLICATION**

FEB 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10201 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00256-LDG |
| v. | |
| CRAIG PAUL WILCOX, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted February 17, 2015[**]

Before:     O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Craig Paul Wilcox appeals from the district court's judgment and challenges the ten-month sentence imposed following his guilty-plea conviction for Social Security fraud, in violation of 42 U.S.C. § 408(a)(4). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Wilcox contends that his sentence is substantively unreasonable in light of the nonviolent nature of his offense, his lack of prior felony convictions, and his low risk of recidivism. The district court did not abuse its discretion in imposing Wilcox's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The ten-month sentence at the bottom of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the loss amount and the fact that Wilcox's offense continued for six years. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**